```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8927
        Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JACK E. HART,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 2:11-cv-02651-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including May 2, 2012.  This extension is being sought because of the unavoidable transfer of assignments and delays caused by the San Francisco component of the Office of the General Counsel moving locations to 160 Spear Street, Suite 800, San Francisco, CA 94105.  This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 30, 2012  /s/ Shanny J. Lee
_____
SHANNY J. LEE
(as authorized via email on March 30, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: March 29, 2012  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Patrick William Snyder
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: April 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE