1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    PATRICK WILLIAM SNYDER, CSBN 260690
4   Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone:  (415) 977-8927
7       Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov
8
    Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                            SACRAMENTO
12

13   JACK E. HART,                    )
                                      )      CIVIL NO. 2:11-cv-02651-CKD
14          Plaintiff,                )
                                      )
15          v.                        )      **STIPULATION FOR EXTENSION OF**
                                      )      **TIME AND PROPOSED ORDER**
16   MICHAEL J. ASTRUE,               )
     Commissioner of                  )
17   Social Security,                 )
                                      )
18          Defendant.                )
                                      )
19   _____)

20
            The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
21
     attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's
22
     Motion for Summary Judgment up to and including May 2, 2012.  This extension is being sought
23
     because of the unavoidable transfer of assignments and delays caused by the San Francisco component
24
     of the Office of the General Counsel moving locations to 160 Spear Street, Suite 800, San Francisco, CA
25
     94105.  This is the Commissioner's first extension request.
26
            The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
27

1

2                                                  Respectfully submitted,

3
     Dated: March 30, 2012                          /s/ Shanny J. Lee
4                                                   _____
5                                                   SHANNY J. LEE
                                                    (as authorized via email on March 30, 2012)
6                                                   Attorney at Law
                                                    Attorney for Plaintiff
7
     Dated: March 29, 2012                          BENJAMIN B. WAGNER
8                                                   United States Attorney
                                                    DONNA L. CALVERT
9                                                   Acting Regional Chief Counsel, Region IX
10                                                  Social Security Administration

11                                      By:
                                                    /s/ Patrick William Snyder
12                                                  _____
13                                                  PATRICK WILLIAM SNYDER
                                                    Special Assistant U.S. Attorney
14                                                  Attorneys for Defendant

15                                           **ORDER**

16

17           APPROVED AND SO ORDERED.

18

19    Dated: April 2, 2012

20

21                                                  _____
                                                    CAROLYN K. DELANEY
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27